MICHELE BECKWITH
Acting United States Attorney
ANTONIO PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>ALFREDO ALVAREZ SANCHEZ,<br>RAUL MUNOZ NAVARRO,<br>INOSENCIO CRUZ<br><br>                  Defendants. | CASE NO. 1:24-CR-00305-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |

**STIPULATION**

1.     By previous order, this matter was set for status on June 18, 2025.

2.     By this stipulation, defendants now move to continue the status conference until October 15, 2025, and to exclude time between June 18, 2025, and October 15, 2025, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case includes voluminous wiretap data, extractions of digital devices, photographs, videos, and over 83,000 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Supplemental discovery has also been produced.

    b)     Counsel for defendants desire additional time consult with their clients, to review

the current charges, to conduct investigation and research related to the charges, to review and copy discovery, to discuss potential resolutions, to prepare pretrial motions, and otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2025 to October 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 4, 2025
            MICHELE BECKWITH
            Acting United States Attorney

            /s/ ANTONIO PATACA
            ANTONIO PATACA
            Assistant United States Attorney

Dated: June 4, 2025　　　　　　　　　　　　　/s/ CLEMENTE JIMENEZ
　　　　　　　　　　　　　　　　　　　　　　　CLEMENTE JIMENEZ
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　RAUL NAVARRO

Dated: June 4, 2025　　　　　　　　　　　　　/s/ MARK REICHEL
　　　　　　　　　　　　　　　　　　　　　　　MARK REICHEL
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　ALFREDO ALVAREZ SANCHEZ

Dated: June 4, 2025　　　　　　　　　　　　　/s/ TONI WHITE
　　　　　　　　　　　　　　　　　　　　　　　TONI WHITE
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　INOSENCIO CRUZ

## ORDER

In light of the Defendant's arraignment on the superseding indictment on March 24, 2025, the parties' request to continue the status conference from June 18, 2025, to October 15, 2025, at 1:00 p.m. is GRANTED. Time is excluded through October 15, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: 6/5/2025

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME　　　　　3
PERIODS UNDER SPEEDY TRIAL ACT