# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INOSENCIO CRUZ,<br><br>Defendant. | Case No. 1:24-cr-00305-JLT-SKO-3<br><br>ORDER DENYING MOTION FOR BAIL REVIEW<br><br>(ECF No. 39) |

On June 6, 2025, Defendant Inosencio Cruz filed a motion for bail review based upon changed circumstances that Defendant's family support and surety resources "mitigate flight risk." (ECF No. 39.) On June 11, 2025, the Government filed an opposition. (ECF No. 40.) In reply, Defendant submitted that since filing the motion for bail review, Defendant had received two letters "evidencing offers of employment for [Defendant]," Defendant had participated in EDOVO programming offered to him in custody, and Defendant had received additional surety information. (ECF No. 41.) Regarding the surety information, Defendant stated that his sister had offered her home as surety and believed the approximate value to be $150,000. (Id.) In the report to the Court, it had been proffered that the Defendant's father was also offering property and offered an equity value of approximately $160,000. On June 20, 2025, the Court held a hearing on the matter. Defendant appeared in custody with counsel Toni White. Counsel Antonio Pataca appeared on behalf of the Government. Having considered the moving and opposition papers, as well as the arguments presented at the hearing, the Court will deny Defendant's motion for bail review.

1    A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, Defendant's new information does not change the previous finding that there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant and the safety of the community.[1]  Therefore, Defendant's motion for bail review (ECF No. 39) is DENIED.  The Defendant shall remain detained.

IT IS SO ORDERED.

Dated: **June 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] As found at the hearing, the new information was the father's equity in his home and not the sister's equity, third party custodian(s) or programing while in custody as that information was either know or should have been know at the previous detention hearing and/or was not material.