ERIC GRANT
United States Attorney
ANTONIO PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00305-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| ALFREDO ALVAREZ SANCHEZ, RAUL MUNOZ NAVARRO, INOSENCIO CRUZ | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 15, 2025.

2. By this stipulation, defendants now move to continue the status conference until March 18, 2026, and to exclude time between October 15, 2025, and March 18, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes voluminous wiretap data, extractions of digital devices, photographs, videos, and over 83,000 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Supplemental discovery has also been produced.

   b) Counsel for defendants desire additional time consult with their clients, to review

the current charges, to conduct investigation and research related to the charges, to review and copy discovery, to discuss potential resolutions, to prepare pretrial motions, and otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2025 to March 18, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 3, 2025       ERIC GRANT
                 United States Attorney

                 /s/ ANTONIO PATACA
                 ANTONIO PATACA
                 Assistant United States Attorney

| | |
|---|---|
| Dated: October 3, 2025 | /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>Counsel for Defendant<br>RAUL NAVARRO |
| Dated: October 3, 2025 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>ALFREDO ALVAREZ SANCHEZ |
| Dated: October 3, 2025 | /s/ TONI WHITE<br>TONI WHITE<br>Counsel for Defendant<br>INOSENCIO CRUZ |

**ORDER**

In light of the Defendants arraignment on the 1st superseding indictment on March 24, 2025, the parties' request to continue the status conference from October 15, 2025, to March 18, 2026, at 1:00 p.m. is GRANTED. Time is excluded through March 18, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable trial date at the March 18, 2026, status conference.

IT IS SO ORDERED.

Dated: **October 8, 2025**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE