ERIC GRANT
United States Attorney
ANTONIO PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00305-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ALFREDO ALVAREZ SANCHEZ, RAUL MUNOZ NAVARRO, INOSENCIO CRUZ | |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on March 18, 2026.

2.      By this stipulation, defendants now move to continue the status conference until June 3, 2026, and to exclude time between March 18, 2026, and June 3, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes voluminous wiretap data, extractions of digital devices, photographs, videos, and over 83,000 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Supplemental discovery has also been produced.  Plea agreements were recently extended to all defendants.

b)      Counsel for defendants need additional time consult with their clients, to review

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

the current charges, to conduct investigation and research related to the charges, to review and copy discovery, to discuss potential resolutions, to prepare pretrial motions, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2026 to June 3, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 6, 2026                          ERIC GRANT
                                               United States Attorney


                                               /s/ ANTONIO PATACA
                                               ANTONIO PATACA
                                               Assistant United States Attorney


Dated:  March 6, 2026                          /s/ CLEMENTE JIMENEZ
                                               CLEMENTE JIMENEZ
                                               Counsel for Defendant
                                               RAUL NAVARRO

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  March 6, 2026

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
ALFREDO ALVAREZ SANCHEZ

Dated:  March 6, 2026

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
INOSENCIO CRUZ

**ORDER**

In light of the status of the case, the parties' request to continue the status conference from March 18, 2026, to June 3, 2026, at 1:00 p.m. is GRANTED. Time is excluded through June 3, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable trial date at the June 3, 2026, status conference.

IT IS SO ORDERED.

Dated:    **March 6, 2026**           /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3